

# In the Missouri Court of Appeals
# Eastern District

FEBRUARY 3, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.   ED100503    STATE OF MISSOURI, RES V PATRICK NELSON, APP

2.   ED100850 ADRIAN FRENCH, APP V STATE OF MISSOURI, RES

3.   ED100851 MARTEZ HUNTER, APP V STATE OF MISSOURI, RES

4.   ED100915 DEVIN MOSLEY, APP V. STATE OF MISSOURI, RES

5.   ED101031 EUGENE THOMAS, APP V STATE OF MISSOURI, RES

6.   ED101217 BRIAN C. WILLIAMS, APP V STATE OF MO, RES

7.   ED101218 EUGENE N. BARNES, APP V STATE OF MO, RES

8.   ED101220 TROY LEE JONES, APP V STATE OF MISSOURI, RES

9.   ED101233 CHARLES SMITH, APP V STATE OF MISSOURI, RES

10.   ED101336 WALTER HEAD, APP V MISSOURI HWY PATROL, RES

11.   ED101527    IN THE INTEREST OF:  B.F.


**CORRECTION(S):**

1.   ED100694 GEORGE C. CULE, RES V. ODETA C. CULE, APP